UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| vs. | § | NO:  EP:25-CR-01259(1)-LS |
| | § | |
| (1) Juan Ignacio Espinoza-Meza, | § | |

## ORDER SETTING JURY SELECTION / JURY TRIAL

IT IS HEREBY ORDERED that the above-entitled and numbered case is set for **JURY SELECTION / JURY TRIAL** in District Courtroom, Room 622, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Monday, August 04, 2025 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

**SO ORDERED.**

**Signed this 20th day of June, 2025.**

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE