FILED
July 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Veronica Medina
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JUAN IGNACIO ESPINOZA-MEZA, § <br> § <br> Defendant. § | CRIMINAL NO. EP-25-CR-01259-LS |

## STIPULATION OF FACT

Comes now the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas and Juan Ignacio Espinoza-Meza, Defendant, in the above entitled and numbered cause, and file this Stipulation of Fact, and all parties represent to the Court that the following facts are stipulated and are not in dispute:

Defendant has been advised about the restricted military area, referred to as a "National Defense Area". The National Defense Area is under the authority of the United States Army. The National Defense Area incorporates federal land along the U.S./Mexico border between the Rio Grande River and the U.S. border wall approximately 63 miles in length from the Texas/New Mexico border to the town of Fort Hancock in El Paso and Hudspeth Counties. The National Defense Area also encompasses federal land along the U.S./Mexico border in Dona Ana, Luna, and Hidalgo Counties in New Mexico.

Defendant has been advised if Defendant enters the restricted United States Army installation, Defendant:

1. may be questioned, detained, and/or searched, including any property in Defendant's possession or under Defendant's control;

2. is not permitted to take photographs, notes, drawings, or make any form of maps or graphic representations of the restricted area or the activities occurring within the restricted area;

3. any notes, photographs, sketches, pictures, maps, digital images, media, and files or other material describing the restricted area may be seized; and

4. as a result of unauthorized entry into a restricted United States Army Installation, Defendant may face Federal criminal charges, including under 18 U.S.C. § 1382 and 50 U.S.C. § 797.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

_____
Juan Ignacio Espinoza-Meza
Defendant

_____
Sandra Lewis
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the attorney of record for the Defendant.

                                                        for Patricia Aguayo
                                                              Assistant U.S. Attorney